No. 73–399. ABERDEEN & ROCKFISH RAILROAD CO. ET AL. *v.* STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET AL.; and

No. 73–420. UNITED STATES ET AL. *v.* STUDENTS CHALLENGING REGULATORY AGENCY PROCEDURES (SCRAP) ET

AL. Appeals from D. C. D. C. Judgment vacated and cases remanded for further consideration in light of *Atchison, Topeka & Santa Fe R. Co.* v. *Wichita Board of Trade,* 412 U. S. 800 (1973). MR. JUSTICE POWELL took no part in the consideration or decision of these appeals.